TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED
2025 APR -2 PM 2: 27
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01725 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Diego Moreno-Chaparro,

    Defendant.

No.

**INDICTMENT**

VIOLATIONS:
18 U.S.C. §§ 2 and 922(a)(6) & 924(a)(2)
(Aiding and Abetting the Making of a False Statement in Acquisition of Firearms)
Counts 1 and 2

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 12, 2022, in the District of Arizona, the defendant, DIEGO MORENO-CHAPARRO knowingly aided and abetted the making of a false statement and representation in connection with the acquisition of two firearms, to wit: (1) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7133477; and (2) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132849 to Casa Grande Jewelry & Pawn, Inc., which was intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant paid and directed another person to state in writing that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of the defendant.

In violation of Title 18, United States Code, Sections 2 and 922(a)(6), and 924(a)(2).

## COUNT 2

On or about October 21, 2022, in the District of Arizona, Defendant DIEGO MORENO-CHAPARRO knowingly aided and abetted the making of a false statement and representation in connection with the acquisition of two firearms, to wit: (1) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132871; and (2) a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132857 to C-A-L Ranch Stores, which was intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant paid and directed another person to state in writing that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of the defendant.

In violation of Title 18, United States Code, Sections 2 and 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of either Count One or Count Two of this Indictment, the defendant, DIEGO MORENO-CHAPARRO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to:

A Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132871; a Century Arms International, Model VSKA,

7.62x39mm semi-automatic rifle, bearing serial number SV7132857; a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7133477; and a Century Arms International, Model VSKA, 7.62x39mm semi-automatic rifle, bearing serial number SV7132849 to Casa Grande Jewelry and Pawn, Inc.

If the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: April 2, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney